Samuel Krane (SBN 38381)
Samuel J. Smith, Esq. (SBN 242440)
**KRANE & SMITH**
16255 Ventura Boulevard
Suite 600
Encino, California 91436-2302

Telephone: (818) 382-4000
Facsimile: (818) 382-4001

Attorneys for Plaintiff
THE ROWEN GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROWEN GROUP, INC., a California corporation, doing business under the fictitious name of PLAYROOM ENTERTAINMENT,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL INSIGHTS, INC., a California Corporation;<br><br>Defendant. | CASE NO.: **CV08-01752RSWL FMOx**<br><br>**COMPLAINT FOR:**<br><br>1. **FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. 1114;**<br>2. **VIOLATION OF 15 U.S.C. §1125(a);**<br>3. **CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT;**<br>4. **CALIFORNIA COMMON LAW UNFAIR COMPETITION; AND**<br>5. **UNJUST ENRICHMENT**<br><br>**DEMAND FOR JURY TRIAL** |

F:\ROWEN GROUP\COMPLAINT\COMPLAINT.wpd

1

COMPLAINT

Plaintiff THE ROWEN GROUP, INC. ("Plaintiff"), for its complaint against Defendant EDUCATIONAL INSIGHTS, INC.("Defendant") alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action for trademark infringement and dilution, false designation of origin, and unfair competition arising under the Lanham Act of 1946, as amended, 15 U.S.C. §§1051-1127. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §1391(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

### PARTIES

3. Plaintiff is, and at all times herein mentioned has been, a California corporation organized and existing under and by virtue of the laws of the State of California and is authorized to do business in the County of Los Angeles, State of California under the fictitious business name of Playroom Entertainment. At all times herein mentioned Plaintiff has been engaged in the business of developing, manufacturing, marketing and distributing games and toys in the toy, game, book, educational and gift markets.

4. Plaintiff is informed and believes and on that basis alleges that Defendant is, and at all times herein mentioned has been, a corporation organized and existing under and by virtue of the laws of the State of California and does business in the County of Los Angeles, State of California. Plaintiff is

further informed and believes, and thereon alleges, that Defendant is, and at all times herein mentioned has been engaged in the business of developing, manufacturing, marketing and distributing games and toys in the toy, game, book, educational and gift markets.

5. Plaintiff is informed and believes and based thereon alleges that at all times mentioned herein each of the Defendants was, and now is, acting as the employee, agent, principal, officer, partner, joint venturer, alter ego, co-conspirator, director or other representative of one or more of the remaining defendants and, in doing the things herein mentioned, was acting within the scope and course of such employment, agency, partnership, joint venture, conspiracy or other relationship, and with the permission, authorization, ratification and consent of the other defendants.

## BACKGROUND FACTS

6. Plaintiff has adopted "Stratagem" as one of its trademarks("Mark").

7. Plaintiff is the owner of a federal registration of the Mark on the Principal Register of the United States Patent and Trademark Office, U.S. Reg. No. 3221414 and serial number 78598548, which was filed on March 30, 2005 and registered on March 27, 2007.

8. Since February, 2004 and continuing to the present, Plaintiff has marketed, distributed and/or sold the traditional table top game Stratagem("Stratagem Game") bearing the Mark to domestic and international distributors and retail outlets.

F:\ROWEN GROUP\COMPLAINT\COMPLAINT.wpd

3

COMPLAINT

9.      Since February, 2004 and continuing to the present, Plaintiff has continuously used the Mark in advertising and promotion.

10.     Plaintiff's Stratagem Game has been and is extensively advertised, publicized, and/or sold throughout the United States and abroad. By virtue thereof, together with consumer acceptance and recognition of the Mark, Plaintiff's Mark identifies Plaintiff as the source of the Stratagem Game only, and distinguishes it from those of others.

11.     Plaintiff is informed and believes, and thereon alleges, that since February 20, 2005 and continuing to the present, Defendant has used the name "Stratagems" in connection with promotional materials and advertisements for its strategy games brand consisting of at least sixteen(16) games.

12.     Defendant uses the name "Stratagems" in connection with the sale, offering for sale and advertising of its "Stratagems" line of games. As such, Defendant's use of the name "Stratagems" is likely to cause confusion, mistake, or deception among consumers as to the source or origin of Plaintiff's Mark and Stratagem Game.

13.     In February, 2005, at the American International Toy Fair in New York, Plaintiff advised Defendant of Plaintiff's ownership in the Mark and requested Defendant to immediately cease and desist from further use of the name "Stratagems."

14.     A cease and desist demand from Plaintiff was sent to Defendant on April 25, 2005. The demand also notified Defendant of the pending trademark application for the Mark.

15.     A third cease and desist demand from Plaintiff was sent to Defendant on September 25, 2007. Said letter also

informed Defendant that Plaintiff's Mark had been registered on the Principal Register of the United States Patent and Trademark Office.

16. Notwithstanding the foregoing cease and desist requests, and Defendant's promise to stop using the name "Stratagems," Defendant has failed and refused, and continues to fail and refuse, to comply with Plaintiff's requests.

### FIRST CAUSE OF ACTION

### (Federal Trademark Infringement Under Lanham Act §32, 15 U.S.C. §1114 Against Defendant)

17. Plaintiff repeats, repleads and realleges the allegations contained in Paragraphs 1 through 16 as though fully set forth herein.

18. The aforesaid acts of Defendant constitute infringement of the Mark, in violation of Section 32(1) of the Lanham Act of 1946, as amended, 15 U.S.C. §1114(1).

19. By reason of the acts of Defendant alleged herein, Plaintiff has suffered, is suffering and will continue to suffer damages and irreparable injury. Unless Defendants are restrained from continuing their wrongful acts, the damage to Plaintiff will increase. Plaintiff has no adequate remedy at law.

20. Plaintiff is informed and believes and thereon alleges that Defendant has failed and refused to account for its unlawfully obtained profits. Plaintiff is informed and believes and thereon alleges that such profits have been obtained by Defendant and/or others for Defendant's personal benefit.

21. The amount to be paid to Plaintiff is unknown to Plaintiff and can only be ascertained by an accounting of Defendant's files, books and records.

22. An accounting is necessary to determine the true status of the accounts and the amounts owed to Plaintiff.

## SECOND CAUSE OF ACTION

### (Violation of Lanham Act §43(a), 15 U.S.C. §1125(a) Against All Defendants)

23. Plaintiff repeats, repleads and realleges the allegations contained in Paragraphs 1 through 22 as though fully set forth herein.

24. With knowledge of Plaintiff's rights in the Mark, Defendant continues to make use of the Mark in connection with their goods, services and/or activities.

25. Defendant's acts as alleged above constitute a false designation of origin which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendant with Plaintiff or as to the origin, sponsorship, or approval of Defendant's goods, services and/or activities by Plaintiff in violation of the Lanham Act, as amended, 15 U.S.C. §1125(a)(1)(A).

26. By reason of the acts of Defendant alleged herein, Plaintiff has suffered, is suffering and will continue to suffer damages and irreparable injury. Unless Defendant is restrained from continuing its wrongful acts, the damage to Plaintiff will increase. Plaintiff has no adequate remedy at law.

///

## THIRD CAUSE OF ACTION

### (Common Law Trademark Infringement)

27. Plaintiff repeats, repleads and realleges paragraphs 1 through 26, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

28. This claim arises under the common law of this state relating trademark infringement.

29. Plaintiff is the owner of all rights, title and interest in the Mark by virtue of Plaintiff's sale and distribution of the Stratagem Game bearing the Mark as set forth in the preceding paragraphs of this Complaint.

30. The infringing products and advertising materials in connection therewith, are unauthorized uses by Defendant and as such constitute trademark infringement and unfair competition. It is likely to cause confusion and mistake in the minds of the trade and purchasing public as to the source of the infringing products, and to cause the public to believe the infringing products of Defendant are authentic products of Plaintiff, when, in fact, they are not.

31. Upon information and belief, Defendant has intentionally appropriated the Mark with the intent to cause confusion, mistake, and deception as to the source of Defendant's products. As such, Defendant has committed trademark infringement under California common law.

32. By such actions in infringing Plaintiff's Mark, Defendant is improperly trading upon Plaintiff's reputation and goodwill and is impairing Plaintiff's valuable rights in the Mark.

33. Upon information and belief, the activities of Defendant complained of herein constitute willful and intentional acts of infringement of the Mark.

34. Upon information and belief, Defendant's conduct was undertaken with the intent to injure Plaintiff, or with a willful and conscious disregard of its rights, and constitutes clear and convincing evidence of despicable, outrageous, oppressive and malicious conduct pursuant to Section 3294 of the California Code of Civil Procedure. Plaintiff is entitled to punitive and exemplary damages against Defendant for the sake of example and to punish Defendant for their unlawful conduct.

35. Plaintiff has no adequate remedy at law. The conduct of Defendant has caused, and if not enjoined, will continue to cause irreparable damage to the common law rights of the Plaintiff in the Mark as well as to Plaintiff's business reputation and goodwill. In addition, Plaintiff has suffered loss of profits and other damage, and Defendants have earned profits in an amount to be proven at trial as a result of the aforesaid acts of Defendant.

### FOURTH CAUSE OF ACTION

### (Common Law Unfair Competition)

36. Plaintiff repeats, repleads and realleges paragraphs 1 through 35, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

37. The conduct of Defendant as herein alleged, constitutes unfair methods of competition in violation of the common law of the State of California. The acts and conduct of Defendant complained of herein have caused Plaintiff irreparable injury,

and will, unless restrained, further impair the value of the Mark, intellectual property rights, reputation and goodwill of Plaintiff. Plaintiff has no adequate remedy at law.

38. Plaintiff is informed and believes that Defendant has unlawfully obtained profits through their acts of unfair competition. Defendant should be forced to disgorge such unlawful profits to Plaintiff.

### FIFTH CAUSE OF ACTION

### (For Unjust Enrichment)

39. Plaintiff repeats, repleads and realleges paragraphs 1 through 38, inclusive and incorporates them herein by reference.

40. Defendant has been unjustly enriched as a result of its wrongful conduct. It would be unjust for Defendant to retain the benefits it gained through its wrongful conduct. Unless the Court orders restitution, Defendant will unjustly benefit and Plaintiff will suffer a loss at the hands of Defendant.

### PRAYER

**WHEREFORE,** Plaintiff prays for relief and judgment against Defendant, as follows:

### On the First, Second, Third, and Fourth Causes of Action

1. For general damages according to proof;
2. For special damages according to proof;
3. For a temporary restraining order, a preliminary injunction, and a permanent injunction, all enjoining Defendant and its agents, servants, and employees, and all persons acting under, in concert with, or for itself, from:

       (a) using or displaying the name "Stratagems" or any reproduction, counterfeit, copy, or colorable imitation of Plaintiff's Mark in connection with Defendant's products for the purpose of enhancing the commercial value of and/or selling and/or soliciting purchases of its products;

       (b) Otherwise infringing Plaintiff's Mark

       (c) Causing likelihood of confusion, deception, or mistake as to the source or origin of Plaintiff's Mark;

4. For an order requiring Defendant to deliver up and destroy all products, stationery, promotional literature, trade and retail catalogues, advertising and other material bearing the "Stratagems" designation;

5. For attorneys' fees according to proof;

6. For punitive damages according to proof;

7. For three times the amount of Defendant's profits derived from infringement of Plaintiff's Mark;

8. For three times the amount of Plaintiff's actual damages suffered by reason of Defendant's infringement of Plaintiff's Mark; and

9. For an accounting of Defendant's profits.

**On the Fifth Cause of Action**

1. For general damages according to proof.

///
///
///

**ON ALL CAUSES OF ACTION**

1. For costs of suit; and
2. For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial in this action.

DATED: March 13, 2008           KRANE & SMITH

By: _____
    SAMUEL KRANE
    Attorneys for Plaintiff
    THE ROWEN GROUP, INC.

Samuel Krane, Esq. (SBN 38381)
KRANE & SMITH
16255 Ventura Boulevard
Suite 600
Encino, CA 91436
(818) 382-4000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROWEN GROUP, INC., a California corporation, doing business under the fictitious business name of PLAYROOM ENTERTAINMENT<br>Plaintiff(s)<br>v.<br>EDUCATIONAL INSIGHTS, INC., a California Corporation<br>Defendant(s) | CASE NUMBER:<br>CV 08-01752 RSWL FMOx<br><br>SUMMONS |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Samuel Krane, Esq., Krane & Smith _____, whose address is:

16255 Ventura Bl., Suite 600, Encino, CA. 91436; (818) 382-4000

an answer to the [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date: **MAR 1 4 2008**

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

*(Seal of the Court)*

---

CV-1A (01/01)  SUMMONS  ORIGINAL  CCD-1A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

### CV08- 1752 RSWL (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I(a) PLAINTIFFS** (Check box if you are representing yourself [ ])
THE ROWEN GROUP, INC., a California corporation doing business under the fictitious business name of PLAYROOM ENTERTAINMENT

**DEFENDANTS**
EDUCATIONAL INSIGHTS, INC., a California corporation

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
LOS ANGELES

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
LOS ANGELES

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Samuel Krane, Esq.
KRANE & SMITH
16255 Ventura Boulevard
Suite 600
Encino, CA 91436
(818) 382-4000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify):
- [ ] 6 Multi-District Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** [ ] Yes [X] No     [X] **MONEY DEMANDED IN COMPLAINT:** $ According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FEDERAL TRADEMARK INFRINGEMENT UNDER U.S.C. §1114; VIOLATION OF U.S.C. §1125(a); CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT; CALIFORNIA COMMON LAW UNFAIR COMPETITION; and UNJUST ENRICHMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| [ ] 400 State Reapportionment | [ ] 110 Insurance | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 710 Fair Labor Standards Act |
| [ ] 410 Antitrust | [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | | [ ] 720 Labor/Mgmt. Relations |
| [ ] 430 Banks and Banking | [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 530 General | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act |
| [ ] 450 Commerce/ICC Rates/etc. | [ ] 140 Negotiable Instrument | | [ ] 385 Property Damage Product Liability | [ ] 535 Death Penalty | |
| [ ] 460 Deportation | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Fed. Employers' Liability | BANKRUPTCY | [ ] 540 Mandamus/ Other | [ ] 740 Railway Labor Act |
| [ ] 470 Racketeer Influenced and Corrupt Organizations | | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | [ ] 550 Civil Rights | [ ] 790 Other Labor Litig. |
| [ ] 480 Consumer Credit | [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | | [ ] 555 Prison Condition | [ ] 791 Empl. Ret. Inc. Security Act |
| [ ] 490 Cable/Sat TV | [ ] 152 Recovery of Defaulted Student Loan (Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | | PROPERTY RIGHTS |
| [ ] 810 Selective Service | | [ ] 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | [ ] 820 Copyrights |
| [ ] 850 Securities/Commodities/ Exchange | [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 360 Other Personal Injury | [ ] 441 Voting | [ ] 610 Agriculture | [ ] 830 Patent |
| [ ] 875 Customer Challenge 12 USC 3410 | [ ] 160 Stockholders' Suits | | [ ] 442 Employment | [ ] 620 Other Food & Drug | [X] 840 Trademark |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 362 Personal Injury- Med Malpractice | [ ] 443 Housing/Acco- mmodations | [ ] 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| [ ] 891 Agricultural Act | [ ] 195 Contract Product Liability | | | | [ ] 861 HIA (1395ff) |
| [ ] 892 Economic Stabilization Act | [ ] 196 Franchise | [ ] 365 Personal Injury- Product Liability | [ ] 444 Welfare | | [ ] 862 Black Lung (923) |
| [ ] 893 Environmental Matters | REAL PROPERTY | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities - Employment | [ ] 630 Liquor Laws | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 894 Energy Allocation Act | [ ] 210 Land Condemnation | | | [ ] 640 R.R. & Truck | [ ] 864 SSID Title XVI |
| [ ] 895 Freedom of Info. Act | [ ] 220 Foreclosure | | [ ] 446 American with Disabilities - Other | [ ] 650 Airline Regs | [ ] 865 RSI (405(g)) |
| [ ] 900 Appeal of Fee Determina- tion Under Equal Access to Justice | [ ] 230 Rent Lease & Ejectment | | | [ ] 660 Occupational Safety/Health | FEDERAL TAX SUITS |
| [ ] 950 Constitutionality of State Statutes | [ ] 240 Torts to Land | | [ ] 440 Other Civil Rights | [ ] 690 Other | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| | [ ] 245 Tort Product Liability | | | | [ ] 871 IRS - Third Party 26 USC 7609 |
| | [ ] 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? [X] No [ ] Yes
If yes, list case number(s):

FOR OFFICE USE ONLY:   Case Number: _____

CV-71 (07/05)                                    CIVIL COVER SHEET   CV08-01752                          Page 1 of 2
                                                                                                         CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?  [X] No  [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles, California

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles, California

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles, California

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date March 13, 2008

Samuel Krane

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |