**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Rowen Group, Inc.<br><br>Plaintiff(s)<br>v.<br>Educational Insights, Inc<br><br>Defendant(s). | CASE NUMBER<br><br>CV 08-01752 RSWL (FMOx)<br><br>**ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT** |

☑ A settlement proceeding was held on ____September 25, 2008____ and the results of that proceeding are indicated below:

1. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer attended and participated in the proceeding, and each possessed the requisite settlement authority:

    ☑ All individual parties and their respective trial counsel.

    ☐ Designated corporate representatives.

    ☐ Representatives of the party's insurer.

2. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer failed to appear and/or participate as ordered:

☐ A settlement proceeding did not take place because:

3. The outcome of the proceeding was:

☑ **The case has been completely settled.** Immediately after the conclusion of the settlement proceeding, the parties shall notify the trial judge's deputy courtroom clerk of the fact of settlement and shall promptly file documents regarding the final disposition of the case.

☐ **The case has been partially resolved** and the parties shall file a joint stipulation regarding those claims which have been resolved. The following issues remain for this Court to resolve:

☐ **The proceeding was continued** with the consent of all parties and counsel. The rescheduled proceeding will be held on a date certain not later than the time requirements set forth in Local Rule 16-15.2. Any continuance beyond that time must be approved by the trial judge. Attorney Settlement Officer Proceeding Reports will be filed after additional proceedings are complete.

☐ **The parties are unable to reach an agreement at this time.**

4. This form is being filed pursuant to:

☐ Local Rule 16-15

☑ ADR Pilot Program

Dated: 9/26/08

Signature of Attorney Settlement Officer

Philip Meldman
Name of Attorney Settlement Officer

6320 Canoga Avenue, Suite 1550
Mailing Address

Woodland Hills, CA 91367
City, State and Zip Code

818-227-5095
Telephone Number

Attorney Settlement Officer to file original and one copy with court and serve:

*All counsel of record*
*Attorney Settlement Officer Panel Coordinator, U.S. Courthouse, 312 N. Spring Street, Rm. 909C, Los Angeles, CA 90012*