1  SPILLANE SHAEFFER
   ARONOFF BANDLOW LLP
2  Lincoln D. Bandlow (SBN 170449)
   1880 Century Park East, Suite 1004
3  Los Angeles, CA 90067-2627
   Telephone: (310) 229-9300
4  Fax: (310) 229-9380
   lbandlow@ssablaw.com
5
   MICHAEL BEST & FRIEDRICH LLP
6  Larry L. Saret (admitted *pro hac vice*)
   Two Prudential Center
7  180 North Stetson Avenue, Suite 2000
   Chicago, IL 60601
8  Telephone: (312) 661-2116
   Fax: (312) 222-0818
9  llsaret@michaelbest.com

10  Attorneys for Defendant/Counterclaimant
    EDUCATIONAL INSIGHTS, INC.
11

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 THE ROWEN GROUP, INC., a California corporation, doing business under the fictitious name of PLAYROOM ENTERTAINMENT, <br><br> Plaintiffs, <br> vs. <br><br> EDUCATIONAL INSIGHTS, INC., a California corporation, <br><br> Defendants. | CASE # CV08-01752 RSWL (FMOx) <br><br> **STIPULATION DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE** |
| EDUCATIONAL INSIGHTS, INC., a California corporation, <br><br> Counterclaimant, <br> vs. <br><br> THE ROWEN GROUP, INC., a California corporation, doing business under the fictitious name of PLAYROOM ENTERTAINMENT, <br><br> Counterclaim Defendant. | |

SSAB LLP

1
STIPULATION DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant and Counterclaimant EDUCATIONAL INSIGHTS, INC. and Plaintiff and Counterclaim Defendant THE ROWEN GROUP, INC., dba PLAYROOM ENTERTAINMENT, by and through their undersigned attorneys, hereby stipulate that the Complaint and Counterclaims in this action be dismissed with prejudice with each side to bear its own costs and attorneys' fees.

Dated: November 5, 2008

SPILLANE SHAEFFER ARONOFF BANDLOW LLP

By: _____
Lincoln D. Bandlow

Attorneys for Defendant
EDUCATIONAL INSIGHTS, INC.

DATED: November 7, 2008

Krane & Smith

By: _____
Samuel J. Smith
Attorneys for Plaintiff/Counterclaim Defendant
THE ROWEN GROUP dba PLAYROOM ENTERTAINMENT