JS-6

SPILLANE SHAEFFER
ARONOFF BANDLOW LLP
Lincoln D. Bandlow (SBN 170449)
1880 Century Park East, Suite 1004
Los Angeles, CA 90067-2627
Telephone: (310) 229-9300
Fax: (310) 229-9380
lbandlow@ssablaw.com

MICHAEL BEST & FRIEDRICH LLP
Larry L. Saret (admitted *pro hac vice*)
Two Prudential Center
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
Telephone: (312) 661-2116
Fax: (312) 222-0818
llsaret@michaelbest.com

Attorneys for Defendant/Counterclaimant
EDUCATIONAL INSIGHTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROWEN GROUP, INC., a California corporation, doing business under the fictitious name of PLAYROOM ENTERTAINMENT, <br><br>Plaintiffs, <br>vs. <br>EDUCATIONAL INSIGHTS, INC., a California corporation, <br><br>Defendants. | CASE # CV08-01752 RSWL (FMOx) <br><br> [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE |
| EDUCATIONAL INSIGHTS, INC., a California corporation, <br><br>Counterclaimant, <br>vs. <br>THE ROWEN GROUP, INC., a California corporation, doing business under the fictitious name of PLAYROOM ENTERTAINMENT, <br><br>Counterclaim Defendant. | |

SSAB LLP

1 | Pursuant to a stipulation entered by the parties and good cause appearing
2 | therefore, IT IS HEREBY ORDERED that the Complaint and Counterclaims in this
3 | action are dismissed with prejudice with each side to bear its own costs and attorneys
4 | fees.

DATED: November 13, 2008

**RONALD S.W. LEW**
_____
UNITED STATES DISTRICT COURT JUDGE